UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JAN L. MELAMPY,  Case No. 2:19-cv-00955-MC

    Petitioner,  ORDER

  v.

BRAD CAIN,

    Respondent.

MCSHANE, District Judge.

Petitioner sought federal habeas relief under 28 U.S.C. § 2254 and now moves to dismiss this action. Petitioner has been granted relief in state post-conviction proceedings and his federal claims appear to be moot. Accordingly, Petitioner's Motion to Dismiss (ECF No. 50) is GRANTED and this action is DISMISSED.

IT IS SO ORDERED.

DATED this 19th day of May, 2023.

                                                            s/ Michael J. McShane
                                                            MICHAEL J. MCSHANE
                                                            United States District Judge

1 - ORDER